Brendan T. BYRNE, Governor of New Jersey, etc., et al., Plaintiffs-Appellants,

v.

William E. SIMON, Administrator, etc., et al., Defendants-Appellees.

No. 3–7.

Temporary Emergency Court of Appeals.

Sept. 23, 1975.

Before EDWARD ALLEN TAMM, Chief Judge, and WILLIAM H. HASTIE and FRANK M. JOHNSON, Jr., JJ.

This appeal is dismissed because the controversy has now been rendered moot by the expiration of the Emergency Petroleum Allocation Act. See *Shapp v. Simon*, 523 F.2d 1405 (Em.App.1975).